# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ADENIKE ADEBIYI,

      Plaintiff,

v.

FLORIDA DEPARTMENT OF
HEALTH,

      Defendant.

CASE NO. 4:25cv212-RH-MJF

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 44. No objections have been filed.

The report and recommendation correctly concludes the action should be dismissed against the sole remaining defendant, the Florida Department of Health, for failure to serve process. The failure to serve process may stem from the plaintiff's same misunderstanding addressed in an earlier order dismissing the claims against the other defendants for failing to serve process upon them. *See* ECF No. 42.

This makes it unnecessary to address the proper remedy for the plaintiff's shotgun pleading.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion on the failure to serve process. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on May 11, 2026.

s/Robert L. Hinkle
United States District Judge